# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# DIVISION OF LAFAYETTE

| | |
|---|---|
| **COLONIAL OAKS ASSISTED LIVING LAFAYETTE, LLC, ET AL.** | **CIVIL ACTION: 6:18-cv-1606** |
| **VERSUS** | **JUDGE DOUGHTY** |
| **HANNIE DEVELOPMENT, INC., ET AL.** | **MAGISTRATE JUDGE HANNA** |

## ORDER

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. The Court finds that the Magistrate Judge correctly stated and applied the law and, therefore, adopts the findings and conclusions [Doc. No. 33] therein as its own. Accordingly,

**IT IS ORDERED** that that the Rule 12(b)(6) Motion to Dismiss filed by Hannie Development, Inc., and Cedar Crest, LLC [Doc. No. 12] is **DENIED**.

MONROE, LOUISIANA, this 1st day of July, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE