**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

**COLONIAL OAKS ASSISTED**      **CASE NO. 6:18-CV-01606**
**LIVING LAFAYETTE**

**VERSUS**      **JUDGE DOUGHTY**

**HANNIE DEVELOPMENT INC**      **MAGISTRATE JUDGE HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the 12(b)(6) Motion to Dismiss filed by Nicol Hannie (Rec. Doc. 10) be **DENIED WITHOUT PREJUDICE**, insofar as the Court finds the Complaint does not presently state a sufficient claim for fraud against Nicol Hannie.

Signed at Monroe, Louisiana, this 16th day of July, 2019.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE