UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

COLONIAL OAKS ASSISTED LIVING LAFAYETTE     CASE NO. 6:18-CV-01606

VERSUS     JUDGE DOUGHTY

HANNIE DEVELOPMENT INC     MAGISTRATE JUDGE HANNA

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed thereto, this Court concludes that the Magistrate Judge's Report and Recommendation [Rec. Doc. 67] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the 12(b)(6) Motion to Dismiss and Motion for Summary Judgment (Rec. Doc. 53) filed by Hannie Development, Inc. and Cedar Crest, LLC is **GRANTED**, and that all claims against the Sellers are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by Nicol Hannie (Rec. Doc. 54) is **GRANTED** and that all claims against him are hereby **DISMISSED WITH PREJUDICE.**

Signed at Monroe, Louisiana, this 4th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE