# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

**COLONIAL OAKS ASSISTED LIVING LAFAYETTE**  **CASE NO. 6:18-CV-01606**

**VERSUS**  **JUDGE DOUGHTY**

**HANNIE DEVELOPMENT INC**  **MAGISTRATE JUDGE HANNA**

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and after consideration of objections filed thereto, this Court concludes that the Magistrate Judge's Report and Recommendation [68] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the 12(b)(6) Motion to Dismiss filed by Maurice ("Mo") and Joyce Hannie (Rec. Doc. 60) is **GRANTED** and that all claims against the Hannies are **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Strike incorporated into the Hannies' Motion to Dismiss (Rec. Doc. 60) is **GRANTED**, such that Paragraphs 69-75 of the Amended Complaint (Rec. Doc. 44) are hereby stricken.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion for Sanctions (Rec. Doc. 60) is **DENIED**.

Signed at Monroe, Louisiana, this 4th day of November, 2019.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE